February 03, 2006

Mr. Murry B. Cohen
Akin Gump Strauss Hauer & Feld, LLP
1111 Louisiana, 44th Floor
Houston, TX 77002

Ms. Kimberly Robinson Phillips
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, TX 77002-5007
Ms. Anne Cohl Gravelle
Akin Gump Strauss Hauer & Feld, LLP
300 West 6th Street, Suite 2100
Austin, TX 78701

Mr. Chad Michael Forbes
Wright Brown & Close, LLP
Three Riverway, Suite 600
Houston, TX 77056

RE: Case Number: 04-0570
 Court of Appeals Number: 14-00-00711-CV
 Trial Court Number: 95-036004

Style: GTE MOBILNET OF HOUSTON, INC.
 v.
 THE CHAIR KING, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause. (Justice Wainwright not sitting)

 Sincerely,
 [pic]

 Andrew Weber, Clerk
 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Steven M. Zager |
| |Mr. Thomas C. Wright|
| | |
| |Mr. Charles |
| |Bacarisse |
| |Mr. Ed Wells |
| |Mr. Geoffrey H. |
| |Bracken |